MAGISTRATE JUDGE STROMBOM

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR04-5679 |
| Plaintiff, ) | |
| vs. ) | ORDER GRANTING DEFENDANT LEAVE TO TRAVEL OUT OF THE COUNTRY ON BUSINESS |
| CAVORISOUS D. THOMAS, ) | |
| Defendant. ) | |

Upon the stipulation of the parties and the Motion to Modify Conditions of Release and Affidavit of Defendant requesting authorization to travel out of the country on business, and based upon the files and records herein.

//
//
//
//
//
//
//
//

ORDER GRANTING MOTION TO MODIFY
CONDITIONS OF RELEASE PERMITTING OUT OF
COUNTRY TRAVEL – 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**

1  //

2

3      IT IS HEREBY ORDERED that defendant's conditions of release be modified to allow him to travel out of the country to British Columbia for work purposes. He shall abide by all other previously set conditions of release.

6      DONE this 15th day of September, 2005.

                                            Karen L. Strombom
                                            United States Magistrate Judge

12  Presented by:

14  ___(stipulation signed)___
15  Jerome Kuh
    Attorney for Defendant

ORDER GRANTING MOTION TO MODIFY
CONDITIONS OF RELEASE PERMITTING OUT OF
COUNTRY TRAVEL – 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**